UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-82025-CIV-CANNON

AURORA CARAZA,

    Plaintiff,

v.

FINANCIAL RECOVERY SERVICES OF MINNESOTA, INC.,

    Defendant.
_____/

## ORDER REQUIRING JOINT SCHEDULING REPORT AND CERTIFICATES OF INTERESTED PARTIES[1]

The parties are directed to prepare and file a joint scheduling report, as required by Local Rule 16.1, by **December 2, 2021.** In addition, by **December 2, 2021,** the parties, including governmental parties, must file Certificates of Interested Parties and Corporate Disclosure Statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the Certificates.

    **DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 4th day of November 2021.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:    counsel of record

---

[1] The parties must not include Judge Cannon as an interested party unless she has an interest in the litigation.