**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

**CASE NO. 21-82025-CIV-CANNON**

AURORA CARAZA,

    Plaintiff,

v.

FINANCIAL RECOVERY SERVICES
OF MINNESOTA, INC.,

    Defendant.
_____/

**ORDER OF TRANSFER**

**GOOD CAUSE** appearing that a transfer of this case is appropriate pursuant to Internal Operating Procedure 2.15.00 and Local Rule 3.8 of the United States District Court for the Southern District of Florida because of related **Case No. 21-cv-62274-DPG**, and subject to the consent of the Honorable Darrin P. Gayles, it is

**ORDERED AND ADJUDGED** that the above numbered case is transferred to the calendar of Judge Gayles for all further proceedings.

**DONE AND ORDERED** in Fort Pierce, Florida, on December 16, 2021.

                                                     AILEEN M. CANNON
                                                     **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

After reviewing the file in the above numbered case, the undersigned accepts the transfer of this case. Therefore, it is

**ORDERED AND ADJUDGED** that all pleadings filed after this date shall bear the following **Case No. 21-cv-82025-CIV-GAYLES**, indicating the Judge to whom all pleadings should be routed.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20th day of December, 2021.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc:   counsel of record